**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,     :
                                      :
v.                                     :
                                      :    Case No.: 7:20-CR-00042 (WLS-TQL-2)
                                      :
ELISABETA S. TARANU,       :
                                      :
                                      :
       Defendant.           :
                                      :

## <u>ORDER</u>

The Court intends to notice this case for the Court's November 2021 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Friday, September 24, 2021** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If a motion to continue is not filed by the same date, a pretrial conference may be set.

**SO ORDERED**, this <u>17th</u> day of September 2021.

                                      <u>**/s/ W. Louis Sands**</u>
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**